1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org

6 Attorneys for Mr. Valverde-Garcia

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,    ) Case No. 08mj1314
   |                              )
12 |         Plaintiff,           )
   |                              )
13 | v.                           )
   |                              ) **NOTICE OF APPEARANCE**
14 | **MOISES VALVERDE-GARCIA,**  )
   |                              )
15 |         Defendant.           )
   |_____)

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.

Respectfully submitted,

Dated: May 1, 2008

 s/ *Michelle Betancourt*
**MICHELLE BETANCOURT**
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
michelle_betancourt@fd.org